**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Marcos MIRANDA–GARCIA, Defendant–Appellant.**

**No. 14–30116.**

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2015.*

Filed March 16, 2015.

Alison L. Gregoire, Assistant U.S., Office of The U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Bryan Paul Whitaker, Attorney at Law, Spokane, WA, for Defendant–Appellant.

Before: FARRIS, WARDLAW, and PAEZ, Circuit Judges.

MEMORANDUM **

Jose Marcos Miranda–Garcia appeals from the district court's judgment and challenges the 108–month sentence imposed following his guilty-plea conviction for conspiracy and aiding and abetting, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Miranda–Garcia contends that his sentence is substantively unreasonable because the district court based the sentence on an incorrect determination that he was

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

a leader of the conspiracy. The record belies Miranda–Garcia's contention that the court made this determination. Moreover, the low-end Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including the nature of the offense. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.